1 **ZANDRA L. LOPEZ**
California State Bar No. 216567
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone No. (619) 234-8467
4 Email: holly_sullivan@fd.org

5 Attorneys for Mr. Garcia-Tun

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 07MJ2664 |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| | ) **NOTICE OF APPEARANCE** |
| RICARDO EDIBERTO GARCIA-TUN, | ) |
| Defendant. | ) |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Zandra L. Lopez, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: November 16, 2007        /s/ ZANDRA L. LOPEZ
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Zandra_Lopez@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated:  November 16, 2007        /s/ ZANDRA L. LOPEZ
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Zandra_Lopez@fd.org (email)