1  **ZANDRA L. LOPEZ**
California State Bar No. 216567
2  427 C Street, Suite 300
San Diego, CA 92101
3  Tel: (619) 233-3169, x 17 / Fax: (619) 684-3522
E-Mail: zll@zandralopezlaw.com
4
Attorneys for Mr. Garcia-Tun
5

6

7
                    UNITED STATES DISTRICT COURT
8
                 SOUTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )    Case No. 07CR3326-JM
                                       )
11              Plaintiff,             )
                                       )
12  v.                                 )    **JOINT MOTION TO CONTINUE**
                                       )    **CHANGE OF PLEA DATE**
13  **RICARDO GARCIA-TUN**             )
                                       )
14              Defendant.             )
                                       )
15  _____)

16          **IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES** that, for good

17  cause, the change of plea date in the above-captioned case be continued from December 20, 2007 to

18  **Thursday, January 10, at 9:30 a.m. before Magistrate Judge Nita L. Stormes**

19          **IT IS SO STIPULATED.**

20  DATED:        December 14, 2007          _/s/ Zandra L. Lopez_____
                                            **ZANDRA L. LOPEZ**
21                                           Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Garcia-Tun
22

23  DATED:        December 14, 2007          _/s/ Jopseph J.M. Orabona_____
                                            **JOSEPH J.M. ORABONA**
24                                           Assistant United States Attorney

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3326-JTM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER CONTINUING** |
| **RICARDO GARCIA-TUN,** | ) | **CHANGE OF PLEA DATE** |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that, for good cause, the change of plea date in the above-captioned case be continued from December 20, 2007 to **Thursday, January 10, 2008, at 9:30 a.m.**

**IT IS SO ORDERED.**

DATED: _____

_____
**HONORABLE NITA L. STORMES**
United States Magistrate Judge