ZANDRA L. LOPEZ
California State Bar No. 216567
427 C Street, Suite 300
San Diego, CA 92101
Tel: (619) 233-3169, x 17 / Fax: (619) 684-3522
E-Mail: zll@zandralopezlaw.com

Attorneys for Mr. Garcia-Tun

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07CR3326-JM |
| | ) | |
| Plaintiff, | ) | PROOF OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO GARCIA-TUN, | ) | |
| | ) | |
| Defendant. | ) | |

1. I am a citizen of the United States and resident of the County of San Diego; I am over the age of eighteen years and not a party to the entitled action; my business address is 427 C Street, Suite 300, San Diego, CA 92101.

2. On December 14, 2007, I served the document(s) described below as:
   A. Joint Motion to Continue Change of Plea Date and
   B. Order Continuing Change of Plea

By the following method:
( X ) BY CM/ECF filing to all named parties in the Court Docket Electronic filing with the Office of the Clerk, United States District Court, Southern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 14, 2007, in San Diego, Ca

Dated: December 14, 2007

_s/ Zandra L. Lopez_
ZANDRA L. LOPEZ